**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| ANGELA JOHNSON, on behalf of herself and all others similarly situated, | ) ) ) | C/A NUMBER:  2:14-cv-01936-MBS |
| Plaintiff, | ) ) | |
| v. | ) ) | **PLAINTIFF ANGELA JOHNSON'S** |
| COMPLETE PAYMENT RECOVERY SERVICES, INC., CERTEGY CHECK SERVICES, INC., AND FIDELITY NATIONAL INFORMATION SERVICES, INC., | ) ) ) ) ) ) | **ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |
| Defendants. | ) ) | |

Plaintiff Angela Johnson ("Plaintiff"), by and through her undersigned attorneys, hereby answers the interrogatories propounded under Local Rule 26.01 of the United States District Court of South Carolina.

(A)    State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**Answer:    N/A:  Plaintiff Angela Johnson is not aware of any party having a subrogation interest in the claims asserted in Plaintiff's Complaint.**

(B)    As to each claim, state whether it is to be tried by a jury or non-jury and why.

**Answer:    Plaintiff has demanded a jury trial in her Complaint.**

1

(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**Answer:**     **Plaintiff Angela Johnson is an individual, not a publicly owned company.**

**(1)     N/A;**

**(2)     N/A; and**

**(3)     N/A.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civil Rule 3.01.

**Answer:**     **N/A:  Plaintiff is not challenging the appropriateness of the division in which this action is pending.**

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should

disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

      **Answer:    No.**

            Respectfully submitted,

         *s/ Dave Maxfield*
         David A. Maxfield, Esq (Fed. ID 6293)
         Dave Maxfield, Attorney, LLC
         5217 N. Trenholm Rd., Ste. B
         Columbia, SC 29206
         (803) 509-6800
         (855) 299-1656 (facsimile)
         dave@consumerlawsc.com

         Ronald A. Marron *(Pending Pro Hac Vice Admission)*
         LAW OFFICES OF RONALD A. MARRON
         651 Arroyo Drive
         San Diego, California 92103
         Tel.: (619) 696-9006
         Fax: (619) 564-6665
         *ron@consumersadvocates.com*
         *Attorneys for Plaintiff Angela Johnson*
         *and the proposed class*

DATED: June 18, 2014